IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


JAMES BROADHEAD,                                          :

        Plaintiff,                                       :

vs.                                                      :     CIVIL ACTION  13-0050-WS-C

R. JACKSON, et al.,                                      :

        Defendants.                                      :


ORDER


     After due and proper consideration of all the issues raised, and there having been

no objections filed, the Report and Recommendation of the Magistrate Judge made under

28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED

that this action be and is hereby dismissed without prejudice.

     DONE this 24th day of June, 2013.


       s/WILLIAM H. STEELE
       CHIEF UNITED STATES DISTRICT JUDGE