IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES BROADHEAD, :

    Plaintiff, :

vs. : CIVIL ACTION 13-0050-WS-C

R. JACKSON, et al., :

    Defendants. :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 24th day of June, 2013.


    s/WILLIAM H. STEELE
    CHIEF UNITED STATES DISTRICT JUDGE